# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-16-00809-CV

**Madelon Highsmith, Appellant**

**v.**

**James Edward Jones, Jr., Individually and as Independent Executor of the Estate of James Edward Jones, Deceased, Appellee**

**FROM THE PROBATE COURT NO. 1 DISTRICT COURT OF TRAVIS COUNTY, NO. C-1-PB-15-001095, HONORABLE GUY S. HERMAN, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

The parties have filed a joint motion to dismiss the appeal, explaining that they have settled their dispute. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Cindy Olson Bourland, Justice

Before Chief Justice Rose, Justices Field and Bourland

Dismissed on Joint Motion

Filed: February 16, 2017